# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re:  TRUX THURSTON  BOBBI THURSTON  Debtors. | CHAPTER # 7  CASE NO. 09-32597 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

**X  A**  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____**B**  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| National Student Loan Program  PO Box 82507  Lincoln, NE 68501 | $326.84 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$326.84** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 5th day of May, 2011.

_____/s/_____
Steven R. Bailey, Trustee